# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

AMY LATRELLE CLARK,

        Plaintiff,

   v.

CAROLY W. COLVIN, Acting
Commissioner of Social Security,

        Defendant.

\* \* \* \* \* \* \* \* \*

CIVIL ACTION NO.: 2:15-cv-38

## O R D E R

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's March 24, 2016, Report and Recommendation, dkt. no. 14, to which Plaintiff filed Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections. The Court **AFFIRMS** the decision of the Commissioner. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this \_\_\_\_\_ day of _____, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA